UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60001-CR-COOKE/Brown

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ADHAM AMIN HASSOUN,
KIFAH WAEL JAYYOUSI and
JOSE PADILLA, et al.,

       Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO POST-TRIAL MOTIONS

**THIS CAUSE** came before the Court upon the government's Motion for Extension of Time to File Post-Trial Motions [D.E. 1242]. Having considered the motion, and being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. The government's motion is **GRANTED IN PART AND DENIED IN PART.**

2. The government shall file its response(s) to the defendants' motions for new trial and motions for acquittal on or before October 29, 2007.

**DONE AND ORDERED** in Chambers at the United States Courthouse in Miami-Dade County, Florida this 16th day of October, 2007.

                      */s/ Marcia G. Cooke*
                      MARCIA G. COOKE
                      United States District Judge

Copies furnished to: *All counsel of Record*